IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE DAVIDSON,<br>    Plaintiff,<br><br>    v.<br><br>JEFFREY A. BEARD, ET AL.,<br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 10-272<br>)<br>)<br>) |

ORDER

Plaintiff Terrance Davidson has filed a document, entitled "Motion in Objection to Denial of Motion for Consolidation and/or Joinder of Cases" [document #10], which the Court will construe as an appeal of the non-dispositive order, entered March 15, 2010, by United States Magistrate Judge Lisa Pupo Lenihan. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 26 day of March, 2010, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____,C.J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: The Honorable Lisa Pupo Lenihan,
    United States Magistrate Judge

    All parties of record