IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE DAVIDSON | ) |
|       Plaintiff, | ) Civil Action No. 10 - 272 |
| v. | ) Chief District Judge Gary L. Lancaster / |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| JEFFREY BEARD and CATHERINE McVEY, | ) |
|       Defendants. | ) |

## MEMORANDUM ORDER

The Complaint in the above captioned case was received by the Court on February 25, 2010 (ECF No. 1) and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The magistrate judge filed a Report and Recommendation on July 30, 2010 (ECF No. 26), recommending that this case be transferred to the United States District Court for the Middle District of Pennsylvania under 28 U.S.C. § 1406(a). Plaintiff was served with the Report and Recommendation and advised that he had fourteen days within which to file objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 25th day of August, 2010;

**IT IS HEREBY ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania **FORTHWITH**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 26) dated July 30, 2010, is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

BY THE COURT:

_____
Gary L. Lancaster,
Chief United States District Judge

cc: Lisa Pupo Lenihan,
United States Magistrate Judge

Terrance Davidson
DN - 7320
SRCF Mercer
801 Butler Pike
Mercer, PA 16137